IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**CITY OF SPRINGDALE, ARKANSAS**         **PLAINTIFF/COUNTER-DEFENDANT**

**V.**                        **CASE NO. 5:21-CV-5032**

**JLA ENTERPRISES, INC. d/b/a JLA CONSTRUCTION;**
**and UNITED FIRE & CASUALTY COMPANY**         **DEFENDANTS/**
                                               **COUNTER-PLAINTIFFS**

## ORDER OF DISMISSAL

Now before the Court is the parties' Joint Motion to Dismiss (Doc. 21).  The Motion is **GRANTED.  IT IS THEREFORE ORDERED** that the Complaint and Counterclaim are **DISMISSED WITHOUT PREJUDICE**, and the Clerk of Court is directed to close the case.

**IT IS SO ORDERED** on this 23rd day of May, 2022.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE